THE NORTHAMPTON NATIONAL BANK, Respondent, *v.* W. GILL WYLIE, Impleaded, etc., Appellant.

(Argued October 22, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made at the January Term 1889, which modified, and affirmed as modified, a judgment in favor of plaintiff entered upon a decision of the court an trial without a jury.

*George H. Adams* for appellant.

*E. W. Tyler* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____

JOHN A. KAMPING, Appellant *v.* JOHN A. HORAN, Respondent.

(Argued October 22, 1890; decided December 2, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 29, 1889, which reversed a judgment in favor of plaintiff entered upon a verdict and granted a new trial.

*John A. Kamping* appellant in person.

*Raphael J. Moses* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed and judgment absolute on stipulation for defendant.